UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

BAO CHANG,

                Plaintiff,

  v.

MICHAEL J. ASTRUE, Commissioner of the Social Security Administration,

                Defendant.

Case No. C10-1637-RAJ

**ORDER REVERSING AND REMANDING CASE FOR FURTHER PROCEEDINGS**

The court has considered the parties' briefs, the Report and Recommendation (Dkt. # 23) of the Honorable Brian A. Tsuchida, United States Magistrate Judge, and the remaining record. No party objected to the Report and Recommendation. The court orders as follows:

(1)     The Court adopts the Report and Recommendation.

(2)     The court REVERSES the Commissioner's decision and REMANDS this case to the Social Security Administration for further proceedings consistent with the Report and Recommendation.

(3)     The court directs the clerk to send copies of this Order to the parties and to Judge Tsuchida.

DATED this19th day of May, 2011.

_____
The Honorable Richard A. Jones
United States District Judge

ORDER REVERSING AND
REMANDING CASE FOR FURTHER
PROCEEDINGS - 1